IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00280-REB-KLM

GEORGE D. SARNO,

    Plaintiff,

v.

JOHN REILLY,
DONALD BRIGHTWELL, and
DINO WILLIAMS,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Request Status of Case** [Docket No. 29; Filed February 25, 2013] (the "Motion"). On January 17, 2013, the Court issued a Recommendation of United States Magistrate Judge [#27] regarding Defendants' pending Motion to Dismiss [#19]. Plaintiff was permitted fourteen days to file his objections, if any, to the Recommendation. To date, Plaintiff has filed nothing in connection with the Recommendation. However, based on the content of the present Motion, it appears that Plaintiff did not receive a copy of the Court's Recommendation. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#29] is **GRANTED** to the extent outlined above.

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall send to a Plaintiff a copy of this Minute Order along with a copy of the Recommendation [#27].

    IT IS FURTHER **ORDERED** that Plaintiff shall have until **March 15, 2013** in which to file his objections, if any, to the Recommendation. **No extension of time will be granted on this deadline.**

    Dated: February 26, 2013