**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00280-REB-KLM

GEORGE D. SARNO,

    Plaintiff,

v.

JOHN REILLY, et al.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order adopting recommendation of United States Magistrate Judge, that Judge Robert E. Blackburn entered on 8/11/2014 it is

ORDERED that **JUDGMENT SHALL ENTER** in favor of the defendants, John Reilly, Donald Brightwell, and Dino Williams, against the plaintiff, George D. Sarno, on each claim alleged by the plaintiff in his **First Amended Prisoner Complaint** [18] filed April 3, 2012. That the defendants are **AWARDED** their costs to be taxed by the clerk of the court under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

    Dated at Denver, Colorado this 12th day of August, 2014.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                        By: s/   T.Lee

                                      T.Lee
                                      Deputy Clerk